UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**COX MEDIA GROUP OHIO, INC.**
**f/k/a DAYTON NEWSPAPERS, INC.**
**d/b/a COX OHIO PUBLISHING,**

        **Plaintiff,**

-v-

**GCIU - EMPLOYER RETIREMENT**
**FUND f/k/a IP & GCU EMPLOYER**
**RETIREMENT FUND, THE GCIU -**
**EMPLOYER RETIREMENT FUND**
**BOARD OF TRUSTEES - EDWARD A.**
**TREACY, HUGH GAYLORD, JOHN D.**
**BACHLER, and JOHN AND JANE DOES 1 -**
**9,**

        **Defendants.**

**Case No. 3:13-cv-390**

**Judge Thomas M. Rose**

___

**ENTRY AND ORDER GRANTING JOINT MOTION TO DISMISS (Doc. #10) AND TERMINATING THIS CASE**
___

Now before the Court is a Joint Motion To Dismiss (doc. #10) filed by the Parties to this matter pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the Joint Motion, the Court finds that the terms of the Agreement upon which it is based appear to be fair and just. Therefore, the Joint Motion To Dismiss is granted and, as requested in Joint Motion To Dismiss, this action is dismissed with prejudice. Each party will bear its own costs, fees and expenses.

The Court retains jurisdiction for the limited purpose of enforcing the terms and conditions of the "Agreement To Resolve Withdrawal Liability" that is attached to the Joint Motion To Dismiss. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division,

at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Eighteenth Day of April, 2014.

                                          **s/Thomas M. Rose**
                                  _____
                                            THOMAS M. ROSE
                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record